**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

JACQUELINE STEVENS | CIVIL ACTION

VERSUS | NO. 26-586-JWD-RLB

WALMART, INC.

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 19, 2026, (Doc. 16), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 7) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Brian Spurrier is **DISMISSED WITHOUT PREJUDICE.**

Signed in Baton Rouge, Louisiana, on September 3, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**